UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RICKY WINGATE,**

and

**LASANDRA WINGATE,**

      Plaintiffs,

  v.                            Civil Action No. 2:18cv167

**OCWEN LOAN SERVICING, LLC,**

and

**EQUITY TRUSTEES, LCC,**

      Defendants.

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.**   This action came for decision before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, by Order dated July 6, 2018, defendant Equity Trustees, LLC, is DISMISSED from this action because it is a merely nominal party that has been fraudulently joined. Plaintiffs' claims against Equity are dismissed without prejudice.

Dated:  July 6, 2018                            FERNANDO GALINDO, Clerk

                                                By:          /s/
                                                         B. Peters, Deputy Clerk